

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00432-CV

| | | |
|---|---|---|
| Willow Vista Estates Homeowners Association, Inc. | § | From the 352nd District Court |
| | § | of Tarrant County (352-258292-12) |
| v. | § | August 22, 2013 |
| Melissa A. Haight | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Melissa A. Haight shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel